ALBERT F. GLADDING, as Executor, etc., Appellant, *v.* LOUISA F. FOLLETT, Respondent.

(Argued January 31, 1884 ; decided February 26, 1884.)

*Isaac S. Newton* for appellant.

*B. J. Scofield* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

HENRIETTA HELMRICH et al., Executors, etc., Respondents, *v.* WILLIAM T. A. HART, Appellant.

(Argued February 6, 1884 ; decided February 26, 1884.)

*Charles H. Machin* for appellant.

*George A. Black* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

PETER CALLAGHAN, as Administrator, etc., Respondent, *v.* THE ROME, WATERTOWN & OGDENSBURGH RAILROAD COMPANY, Appellant.

(Argued February 6, 1884 ; decided February 26, 1884.)

*Edmund B. Wynn* for appellant.

*Dennis O'Brien* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.